IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01794-AP

WILLIAM BYERS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

|  |  |
|---|---|
| For Plaintiff: | Robert C. Dawes, Esq. |
|  | Dawes and Harriss, P.C. |
|  | 572 E. Third Ave. |
|  | Durango, CO 81301 |
|  | (970) 247-4411 |
|  | (970) 247-1482 (facsimile) |
|  | rcd@dawesandharriss.com |
| For Defendant: | TROY A. EID |
|  | United States Attorney |
|  |  |
|  | Kevin Traskos |
|  | Assistant U.S. Attorney |
|  | Kevin.traskos@usdoj.gov |
|  |  |
|  | Bonnie E. Sims |
|  | Special Assistant United States Attorney |
|  |  |
|  | *Mailing Address*: |
|  | 1961 Stout Street, Suite 1001A |
|  | Denver, Colorado 80294 |

Street Address:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 844-7278
(303) 844-0770 (facsimile)
Bonnie.sims@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- **A.** **Date Complaint Was Filed:** August 24, 2007
- **B.** **Date Complaint Was Served on U.S. Attorney's Office:** October 1, 2007
- **C.** **Date Answer and Administrative Record Were Filed:** November 30, 2007 (administrative transcript filed December 3, 2007)

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of the parties' knowledge, there are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that, to the best of their knowledge, this case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.     **Plaintiff's Opening Brief Due:**     February 6, 2008
    B.     **Defendant's Response Brief Due:**     March 21, 2008
    C.     **Plaintiff's Reply Brief (If Any) Due:**     April 7, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.     ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.     (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 20th day of December, 2007.

                            BY THE COURT:

                            *S/John L. Kane*
                            U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Robert C. Dawes

Robert C. Dawes
Dawes & Harriss, P.C.
572 East 3rd Avenue
Durango, CO 81301
970-247-4411
Fax: 970-247-1482
Email: rcd@dawesandharriss.com

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

s/Kevin Traskos
KEVIN TRASKOS
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kevin.traskos@usdoj.gov

s/Bonnie E. Sims
By: Bonnie E. Sims.
Special Assistant U.S. Attorney

*Mailing Address*:
1961 Stout St., Suite 1001A
Denver, Colorado 80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 844-7278
bonnie.sim@ssa.gov

Attorney for Defendant