IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1794-AP**

**WILLIAM BYERS,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     Defendant's Unopposed Motion for Leave to File Amended Response Brief (doc. #19), filed April 2, 2008, is GRANTED. The amended response brief is due April 9, 2008; reply brief is due April 24, 2008.

Dated: April 2, 2008