IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1794-AP**

**WILLIAM BYERS,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## **ORDER**

Kane, J.

  Defendant's Unopposed Motion for Remand (doc. #24), filed April 24, 2008, is GRANTED.

  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

  Dated: April 24, 2008.

              BY THE COURT:

              *S/John L. Kane*
              JOHN L. KANE, SENIOR JUDGE
              UNITED STATES DISTRICT COURT