IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1794-AP**

**WILLIAM BYERS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #27), filed May 22, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$3,415.77**.

Dated at Denver, Colorado, this 23th day of May, 2008.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT